IN THE UNITIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HEATHER A. MERRY,** ) | |
| ) | |
|    **Plaintiff,** ) | CASE NO:  2:21-CV-00719-SRW |
| ) | |
| **vs.** ) | |
| ) | |
| **AIA INSURANCE AGENCY, INC.,** ) | JOINT STIPULATION OF DISMISSAL |
| **MICHAELE BROOKS, and KERRY** ) | |
| **ROBERTS,** ) | |
| ) | |
|    **Defendants.** ) | |

COME NOW the parties in the above-styled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the above-entitled action with prejudice with each party to bear its own costs.  In support thereof, the parties show unto this Court that a settlement agreement has been reached by and between the parties settling and disposing of any and all claims pending in the above-styled action.  All conditions required by the settlement agreement and release have been satisfied.

Respectfully submitted this 29th day of March, 2022.

                                           /s/ Wallace D. Mills
                                           Wallace D. Mills (MIL090)
                                           Attorney for AIA, Inc., Kerry Roberts, and
                                           Michaele Brooks

OF COUNSEL:
Wallace D. Mills, P.C.
621 South Hull St.
Montgomery, AL 36104
(334) 219-9111
mills@wallacemills.com

/s/ Jim T. Norman
Jim T. Norman III (NOR060)
Attorney for Heather A. Merry

OF COUNSEL:
Law Offices of Jim T. Norman, III, LLC
P.O. Box 680670
Prattville, AL  36068
(334) 365-9955
trey@treynorman.com